No. 780, Misc. BRUNO *v.* PENNSYLVANIA. Sup. Ct. Pa. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. 

No. 1022, Misc. HARRIS *v.* NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. 

No. 1274. KAHL *v.* BREEN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 1301. WILLIAMS *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. 

No. 1330. SIBLEY ET AL. *v.* RURAL ELECTRIFICATION ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied. 

No. 1348. PACIFIC NATIONAL INSURANCE CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 1409. BELL *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. 

No. 1411. TURNER *v.* THOMPSON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 1416. IN RE BEDFORD AVIATION, INC. C. A. 1st Cir. Certiorari denied.

No. 1417. TERRY *v.* MARTIN. Sup. Ct. Ore. Certiorari denied.